# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

STEVE CAPASSO, an Individual,

        Plaintiff,

v.

TECH FORCE NATIONAL, LLC, a UTAHCOMPANY; and DOES 1 through 20, inclusive,

        Defendants.

CASE NO.5:16-cv-02146-AB-KK

[Honorable Andre Birotte Jr. Presiding]

[~~PROPOSED~~] ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

The Court having reviewed the parties' Stipulation of Dismissal with Prejudice in the above-entitled action;

//

//

//

//

//

//

1

**ORDER RE PARTIES' STIPULATION TO DISMISS CASE**
[*CAPASSO V. TECH FORCE NATIONAL, LLC, et al.*]

IT IS THEREFORE ORDERED that the case *Capsso v. Tech Force National, LLC*, Case No. 5:16-cv-02146-AB-KK is dismissed with prejudice. Each party is to bear its own respective fees and costs. All pending proceedings are vacated and no further proceedings shall take place in this action.

**IT IS SO ORDERED.**

Dated: May 14, 2018

_____
The Honorable André Birotte, Jr.
United States District Court Judge

ORDER RE PARTIES' STIPULATION TO DISMISS CASE
[*CAPASSO V. TECH FORCE NATIONAL, LLC, et al.*]

**PARTIES' STIPULATION TO DISMISS CASE**
[*CAPASSO V. TECH FOCE NATIONAL, LLC, et al.*]